422 A.2d 1177

Hawthorne v. Travelers Insurance Co., Appellant.

Argued June 7, 1979. Robert E. Cherwony, for appellant; Joseph T. Bodell, Jr., will not file a brief on behalf of Hawthorne, appellee.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.